LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| KIMBERLEE SEFCIK, | No. EDCV 14-0850 PJW |
| Plaintiff, | ORDER AWARDING <u>EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIFTY-SIX DOLLARS AND 62/100 ($2,056.62) subject to the terms of the stipulation.

DATE: April 29, 2016

*Patrick J. Walsh*

UNITED STATES MAGISTRATE JUDGE

-1-